■ In the Matter of RICHARD MORENO, Appellant, v ELLEN M. ALTIER, Respondent. [954 NYS2d 490]

Under the circumstances of this case, the Family Court providently exercised its discretion in granting the mother's motion for a change of venue (*see* Family Ct Act § 174; *Kassotis v Kassotis*, 96 AD3d 1021, 1022 [2012]; *McCarthy v McCarthy*, 49 AD3d 696, 697 [2008]; *Matter of Arcuri v Osuna*, 41 AD3d 841, 841-842 [2007]). Skelos, J.P., Hall, Austin and Hinds-Radix, JJ., concur.